**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **ABRAHAM MUNGUIA**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　Plaintiff,<br>　　v.<br>**ABRAHAM MUNGUIA**,<br>　　　　　Defendant, | Crim. S-05-290 WBS<br><br>**STIPULATION AND ORDER THEREON** |

It is hereby stipulated between counsel for the government and the defendant that the sentencing in the above captioned matter, presently scheduled for September 30, 2006 maybe continued to October 4, 2006. This continuance is necessary to allow the defendant to comply with the terms of his plea agreement. The defendant having already pled guilty there are no issues regarding excludable time.

Dated:  August 24, 2006                                         Dated:  August 24, 2006
**STEVEN D. BAUER**                                              **PHILLIP FERRARI**
Attorney for Defendant                                          Assistant United States Attorney

For Good Cause Appearing
**IT SI SO ORDERED**
Dated:  August 24, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE